[No. 8708-1-II.   Division Two.   August 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE LEW
GILLESPIE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84-1-00588-2, Robert L. Harris, J., entered
April 3, 1985. *Affirmed* and *remanded* by unpublished
opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 16981-5-I.   Division One.   August 17, 1987.]

CORINNE J. DAVIS, *Appellant,* v. ORCAS LAND COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 4869, Richard L. Pitt, J., entered July 30,
1985. *Affirmed in part* and *reversed in part* by unpublished
opinion per Thompson, J., concurred in by Scholfield, C.J.,
and Pekelis, J.

[No. 16478-3-I.   Division One.   August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANGEL
AMEZOLA, ET AL, *Defendants,* FRANCISCO
DOMINGO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03768-3, Frank H. Roberts, Jr., J.,
entered April 15, 1985. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Swanson and Grosse, JJ.